JS-6

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MELISSA GONZALEZ, an individual, and individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SJPSC, LLC dba DREAMS CLUB, a California Limited Liability Company; STEPAN KAZARYAN, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-2272-SPG-JPR<br><br>**COLLECTIVE ACTION**<br><br>**AMENDED JUDGMENT IN FAVOR OF PLAINTIFF MELISSA GONZALEZ'S AGAINST DEFENDANTS' STEPAN KAZARYAN & SJPSC, LLC DBA DREAMS CLUB**<br><br>Complaint Filed: March 28, 2023 |

-1-

On May 5, 2023, defendants SJPSC, LLC dba Dreams Club ("Dreams"), Stepan Kazaryan ("Kazaryan") (collectively "Defendants") served plaintiff Melissa Gonzalez ("Plaintiff"), with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TWENTY-THREE THOUSAND U.S. DOLLARS ($23,000.00), **inclusive** of reasonable attorneys' fees and costs. On May 10, 2023, Plaintiff accepted the offer. *See* Dkt. 11.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY-THREE THOUSAND U.S. DOLLARS ($23,000.00), **inclusive** of reasonable attorneys' fees and costs.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY-THREE THOUSAND U.S. DOLLARS ($23,000.00), **inclusive** of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 8, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE